CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__DLA Piper US LLP__
Plaintiff(s)

vs.

Civil Action No.: __1:07CV00062__

__Ibom Power Co. Ltd., LYKE Corp. and LYK Engineering Company Limited__
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants): __Ibom Power Co. Ltd.__
__67 Bennett Bassey Street (67 C line)__
__Ewet Housing Estate, Uyo__
__Akwa Ibom State, Nigeria__

by: (check one)   ☑ registered mail, return receipt requested
                  ☐ DHL

pursuant to the provisions of: (check one)
                  ☑ FRCP 4(f)(2)(C)(ii)
                  ☐ 28 U.S.C. §1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): __USA and Nigeria__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

__Ohm Umana, Esq.__
(Signature)
__6641 32nd St NW__
__Washington, DC 20015__
__202-244-7961__
__DC Bar # 953182__
(Name and Address)

**RECEIVED**
JAN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
                                                    CO-255
                                                    Rev. 11/03
```

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

### NOTICE TO COUNSEL

It is the practice of this Office to require that counsel present an affidavit whenever requesting foreign mailing pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure. The affidavit must state what authority counsel is relying upon that this method of service is authorized by the domestic law of the foreign country.

If you need information on how to effect service abroad, contact the Office of Citizens' Consular Services, Department of State between 8:15 a.m. and 5:00 p.m. That Office provides information and assistance on matters involving international judicial assistance.

| | |
|---|---|
| U.S. State Department Contact Telephone Number | 202-736-9115 |
| Fax Number | 202-736-9111 |

CO 939
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_DLA Piper US LLP_
_____
Plaintiff(s)

vs.   Civil Action No.: 1: 07CV00062

_Ibom Power Co. Ltd., LYKE Corp.,_
_LYK Engineering Company Ltd._
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _____ day of _____, 20____, I mailed:

1. ☑ One copy of the summons and complaint by [DHL] [registered mail, return receipt requested], to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

3. ☐ One copy of the summons, complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by [DHL] [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

4. ☐ Two copies of the summons, complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Bureau of Consular Affairs, Office of Policy Review and Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, DC 20522, ATTN: Director of Consular Affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

5. ☐ One copy of the [Default/Judgment], along with a translation into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

6. ☐ One copy of the [Default/Judgment], along with a translation into the official language of the foreign state, by [DHL] [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3)

7. ☐ Two copies of the [Default/Judgment], along with a translation into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Bureau of Consular Affairs, Office of Policy Review and Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, DC 20522, ATTN: Director of Consular Affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk