**RECEIVED**

JAN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**Registered No. RB 843 315 896 US**

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $7.00 | Special Delivery $ | | 0216 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 04 |
| Postage $ | | Restricted Delivery $ | | 01/18/07 |
| Received by | | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | | ☐ With Postal Insurance  ☒ Without Postal Insurance | | |

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

TO: Ibom Power Co. Ltd.
Attn: G. Wilcox
67 Bennett Bassey St. (67C Line)
Ewet Housing Estate, Uyo
Akwa Ibom State, Nigeria

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
07-62 (RWR)

---

**Registered No. RB 843 315 882 US**

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $7.00 | Special Delivery $ | | 0216 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 04 |
| Postage $ | | Restricted Delivery $ | | 01/18/07 |
| Received by | | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance | | |

FROM: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

TO: LYK Engineering Co., Ltd
Plot 1610 Adelona Hopewell St.
Victoria Island, Lagos, Nigeria

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
07-62 (RWR)