UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                               )
**DLA PIPER USA LLP**,          )
                               )
      **Plaintiff**,            )
                               )
      v.                      )   Civil Action No. 07-0062 (RWR)
                               )
**LYKE CORPORATION**,           )
                               )
      **Defendant**.            )
_____)

**ORDER**

Defendant Lyke Corporation, acting as its own attorney, has submitted for filing an answer to the complaint. The right of a party under 28 U.S.C. § 1654 to represent himself or herself in federal court extends not to organizations, partnerships, corporations or other legal entities, but only to only to natural persons. All other parties may appear only through a licensed attorney. See Osborn v. Bank of United States, 22 U.S. 738, 830 (1824) (noting that corporations may not proceed *pro se*); Turner v. Am. Bar Ass'n, 407 F. Supp. 451, (S.D. Ala. 1975) (holding that a partnership may not proceed *pro se*); MOVE Org. v. U.S. Dep't of Justice, 555 F. Supp. 684, 693 (E.D. Pa. 1983) (holding that an unincorporated organization may not proceed *pro se*). Accordingly, it is hereby

ORDERED that leave to file defendant's answer is DENIED without prejudice.

-2-

SIGNED this 13th day of February, 2007.

                                                            _____/s/_____
                                                          RICHARD W. ROBERTS
                                                          United States District Judge

Case 1:07-cv-00062-RWR     Document 6     Filed 02/13/2007     Page 2 of 2