UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DLA PIPER US LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0062 (RWR) |
| ) | |
| IBOM POWER CO. LTD., *et al.* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS**

COMES NOW Plaintiff DLA Piper US LLP, through counsel, and states that the parties have settled this litigation. Accordingly, Plaintiff moves with the consent of defendants that the Court dismiss all of Plaintiff's claims with prejudice.

Respectfully submitted,

*/s/ John Umana*

John Umana (D.C. Bar #953182)
Law Office of John Umana
6641 32nd Street, NW
Washington, D.C. 20015
(202) 244-7961
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, John Umana, certify that on April 13, 2007, I filed the foregoing consent motion via ECF with the district court and served the following parties:

IBOM POWER CO. LTD.
 67 Bennett Bassey Street (67 C line)
Ewet Housing Estate, Uyo
Akwa Ibom State, Nigeria

LYKE CORPORATION
539 E. Villa Street #2,
Pasadena, California 91101

LYK ENGINEERING COMPANY LIMITED,
Plot 1610 Adelona Hopewell Street,
Victoria Island, Lagos, Nigeria

_____
John Umana #953182

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DLA PIPER US LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0062 (RWR) |
| ) | |
| IBOM POWER CO. LTD., *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff DLA Piper US LLP's consent motion to dismiss all claims with prejudice, it is this ___ day of _____ 2007, hereby

ORDERED that the consent motion is GRANTED; and it is

FURTHER ORDERED that, whereas the parties have settled this litigation and so informed this Court, all of plaintiff's claims against defendants are hereby DISMISSED WITH PREJUDICE, with each side to bear its own costs.

SO ORDERED.

_____
Judge Roberts